

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00053-CR

| | | |
|---|---|---|
| JAMES IRVEN STALEY III, Appellant | § | On Appeal from Criminal District Court No. 3 |
| | § | of Tarrant County (1744358D) |
| | § | March 6, 2025 |
| V. | § | Opinion by Justice Kerr |
| | § | Concurring Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that The State of Texas must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr